MICHAEL W. FOSTER (State Bar No. 127691)
JILL A. SPRAGUE (State Bar No. 201584)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
mfoster@fosteremploymentlaw.com

Attorneys for Defendant
LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRANDON CHAMBERLAIN, | Complaint filed: November 22, 2011 |
| Plaintiff, | Case No. 2:11-CV-03105-JAM-DAD |
| vs. | STIPULATION TO STAY DISCOVERY PENDING HEARING ON SANCTIONS MOTION AND JOINT REQUEST TO EXTEND DISCOVERY CUT-OFF |
| LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC., | |
| Defendant. | |

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THE ABOVE-ENTITLED ACTION, by and through their attorneys of record, and requested by the parties and their attorneys, that the Court order the following with respect to discovery in this action:

///

1

## PURPOSE OF THE STIPULATION AND REQUEST

The parties wish to avoid incurring the expense of conducting further discovery until Defendant's pending Motion for Terminating Sanctions is resolved.  Pursuant to the Court's Status Pre-trial Scheduling Order, all discovery must be completed by October 5, 2012.  Defendant's motion is scheduled for hearing on October 17, 2012.  The Parties therefore stipulate and jointly request that discovery be stayed until after the October 17, 2012, hearing, and that the discovery cut-off be extended to October 31, 2012, in the event further discovery is required.

IT IS SO STIPULATED AND REQUESTED.

Dated:  September 18, 2012	FOSTER EMPLOYMENT LAW


By:   /s/ Jill A. Sprague
Jill A. Sprague
Attorneys for Defendant Les Schwab Tire Centers of California, Inc.

Dated:  September __, 2012	CHURCH STATE COUNCIL


By:_____
Alan J. Reinach
Attorneys for Plaintiff Brandon Chamberlain

///

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: 9/20/2012	/s/ John A. Mendez
The Honorable John A. Mendez
U. S. District Court Judge

2