Alan J. Reinach, State Bar No. 196899
Church State Council
2686 Townsgate Road,
Westlake Village, CA 91359
805.413-7398
Fax: 805.497-7099
E-mail: ajrliberty@gmail.com

Attorneys for Plaintiff Brandon Chamberlain

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRANDON CHAMBERLAIN,<br><br>                Plaintiff,<br>v.<br><br>LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC..,<br><br>                Defendant. | Case No. 2:11- CV- 03105-JAM-DAD<br><br>STIPULATION TO CONTINUE MOTION, AND EXTEND TRIAL CALENDAR |

   WHEREAS Plaintiff's counsel has represented that he has prior conflicts on October 17th, the date assigned for Defendant's motion to be heard; and

   WHEREAS, extending the motion date to the next available date, November 7th, will prevent the orderly completion of discovery and the filing of any dispositive motions that may be deemed necessary or desirable;

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the respective parties, that Defendant's Motion for Terminating Sanctions, et al, be continued to November 7th, at 9:30 a.m.

-1-

**CHAMBERLAIN V. LES SCHWAB**                                                       **STIPULATION  AND ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

The following dates/deadlines are hereby extended:

1. Discovery deadline, currently October 31st, extended to November 30, 2012'

2. Deadline for filing dispositive motions, currently November 8th, extended to December 12, 2012, and noticed for hearing on January 9, 2013 at 9:30 a.m.;

3. Final Pre-Trial Conference, currently set for February 1, 2013, extended to Friday, March 15, 2013 at 10:00 a.m.; and

4. Jury Trial currently set to begin on March 11, 2013 at 9:00 a.m., extended to April 22, 2013 at 9:00 a.m.

Dated: September 21, 2012
Westlake Village, California.

_____/S/ Alan J. Reinach _____
Alan J. Reinach, Esq.
Attorney for Plaintiff Brandon Chamberlain


___/s/ Jill A. Sprague_____
Jill A. Sprague, Esq.
Foster Employment Law
Attorneys for Defendant Les Schwab Tire Centers of California

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: September 24, 2012            /s/ John A. Mendez_____

                                                            The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com