MICHAEL W. FOSTER (State Bar No. 127691)
JILL A. SPRAGUE (State Bar No. 201584)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
mfoster@fosteremploymentlaw.com

Attorneys for Defendant
LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRANDON CHAMBERLAIN,<br><br>    Plaintiff,<br>vs.<br><br>LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC.,<br><br>    Defendant. | Complaint filed: November 22, 2011<br><br>Case No. 2:11-CV-03105-JAM-DAD<br><br>STIPULATION TO EXTEND TRIAL CALENDAR |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THE ABOVE-ENTITLED ACTION, by and through their attorneys of record, and requested by the parties and their attorneys, that the Court order the following with respect to discovery in this action:

PURPOSE OF THE STIPULATION AND REQUEST

In an effort to avoid the expense of conducting further discovery until Defendant's pending Motion for Terminating Sanctions is resolved, the undersigned parties previously stipulated to an extension of trial deadlines.  Because the Court has not yet ruled on Defendant's motion, the Parties

1 request that the trial deadlines be extended further.

2 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys

3 for the respective parties, that the trial deadlines be extended as set forth below.

The following dates/deadlines are hereby extended:

1. Discovery deadline, currently November 30, 2012, extended to December 21, 2012;

2. Deadline for filing dispositive motions, currently December 14, 2012, extended to January 9, 2013, and set for hearing on February 6, 2013 at 9:30 a.m.;

3. Final Pre-Trial Conference, currently set for March 15, 2013 at 10:00 a.m., extended to March 29, 2013 at 10:00 a.m.; and

4. Jury Trial currently set to begin on April 22, 2013, extended to May 6, 2013 at 9:00 a.m.

IT IS SO STIPULATED AND REQUESTED.

Dated:  November 26, 2012         FOSTER EMPLOYMENT LAW


                                  By:    /s/ Jill A. Sprague
                                         Jill A. Sprague
                                  Attorneys for Defendant Les Schwab Tire
                                         Centers of California, Inc.

Dated:  November 26, 2012         CHURCH STATE COUNCIL


                                  By:____s/ Alan J. Reinach
                                  _____
                                         Alan J. Reinach
                                  Attorneys for Plaintiff Brandon Chamberlain

///

2

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 11/27/2012  /s/ John A. Mendez
The Honorable John A. Mendez
U. S. District Court Judge