ALAN J. REINACH, State Bar No. 196899
Church State Council
2686 Townsgate Road,
Westlake Village, CA 91359
805.413-7398
Fax: 805.497-7099
E-mail: ajrliberty@gmail.com
Attorneys for Plaintiff Brandon Chamberlain

UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRANDON CHAMBERLAIN, <br><br> Plaintiff, <br> vs. <br><br> LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC., <br><br> Defendant. | Complaint filed: November 22, 2011 <br><br> Case No. 2:11-CV-03105-JAM-DAD <br><br> STIPULATION TO EXTEND TRIAL CALENDAR |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THE ABOVE-ENTITLED ACTION, by and through their attorneys of record, and requested by the parties and their attorneys, that the Court order the following with respect to discovery in this action:

1

## PURPOSE OF THE STIPULATION AND REQUEST

The undersigned parties previously stipulated to an extension of discovery and trial deadlines pending the resolution of Defendant's Motion for Terminating Sanctions. Now that the motion has been decided, there remains outstanding Plaintiff's 30(b)(6) deposition subpoena duces tecum for both the corporate designee and relevant documents. Defendant has represented, through counsel, that Stacey Lynch is their corporate designee, but she is on leave until the end of December, *after* the present discovery cut-off. This further stipulation and request is therefore necessitated in order to permit completion of outstanding discovery.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the respective parties, that the trial deadlines be extended as set forth below.

The following dates/deadlines are hereby extended:

1. Discovery deadline, currently December 21, 2012, extended to January 25, 2013;

2. Deadline for filing dispositive motions, currently January 11, 2013, extended to February 20, 2013, and set for hearing on March 20, 2013 at 9:30 a.m.;

3. Final Pre-Trial Conference, currently set for March 29, 2013 at 10:00 a.m., extended to April 26, 2013 at 11:00 a.m., with the parties joint pretrial statement filed on or before April 19, 2013; and

4. Jury Trial currently set to begin on May 6, 2013, extended to June 3, 2013 at 9:00 a.m.

IT IS FURTHER STIPULATED AND AGREED:

1. Defendant shall produce Stacey Lynch as a witness to testify at her deposition as the corporate designee, in response to Plaintiff's notice pursuant to F.R.C.P. Rule 30(b)(6), said deposition to be conducted in Bend, Oregon no later than January 18, 2013 at 9:00 a.m. at a location to be arranged by the court reporter selected by Plaintiff.

2. Defendant shall respond to the document requests in Plaintiff's Deposition Subpoena Ducus Tecum, annexed as Exhibit "A" thereto, at least one week prior to the deposition of Stacey Lynch.

IT IS SO STIPULATED AND REQUESTED.

Dated: December 14, 2012        FOSTER EMPLOYMENT LAW


By:   /s/ Jill A. Sprague
       Jill A. Sprague
   Attorneys for Defendant Les Schwab Tire
         Centers of California, Inc.

Dated: December 13, 2012        CHURCH STATE COUNCIL


By:   s/ Alan J. Reinach
_____
       Alan J. Reinach
   Attorneys for Plaintiff Brandon Chamberlain

///

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: December 18, 2012        /s/ John A. Mendez_____
                                The Honorable John A. Mendez
                                U. S. District Court Judge

3